# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JULIANNE M. F., | ) |
|        **Plaintiff,** | ) |
| v. | )    No. 1:18-cv-00469-GZS |
| ANDREW M. SAUL, Commissioner Of Social Security, | ) |
|        **Defendant.** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 18) filed February 10, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **VACATED**, and the case is **REMANDED** for further proceedings consistent with the Recommended Decision.

                                            /s/ George Z. Singal
                                            United States District Judge

Dated this 25th day of February, 2020.